NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| DAVID I. EPPS, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D18-2991 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed February 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.


PER CURIAM.

Affirmed.  See McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Epps v. State, 100 So. 3d 689 (Fla. 2d DCA 2012) (table decision); Epps v. State, 75 So. 3d 1254 (Fla. 2d DCA 2011) (table decision); Doby v. State, 25 So. 3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Epps v. State, 976 So. 2d 1104 (Fla. 2d DCA 2008) (table decision); Valdez-Garcia v. State, 965 So. 2d 318 (Fla. 2d DCA 2007); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Pleas v. State, 41 So. 3d 980 (Fla. 1st DCA 2010); Lykins v. State, 894 So. 2d 302 (Fla. 3d DCA 2005);

<u>Harris v. State</u>, 789 So. 2d 1114 (Fla. 1st DCA 2001); <u>Thomas v. State</u>, 778 So. 2d 429 (Fla. 5th DCA 2001); <u>Bloodworth v. State</u>, 504 So. 2d 495 (Fla. 1st DCA 1987).

KELLY, MORRIS, and SLEET, JJ., Concur.